# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Econ Disc Contracting Solutions LLC | 11/30/2022 | 266280 | Check | $ 2,638.80 |
| Akorn Operating Company, LLC | Econ Disc Contracting Solutions LLC | 1/19/2023 | 266990 | Check | $ 15,146.69 |
| | | | | | $ 17,785.49 |